UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTOINE D. MARTIN | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:24-CV-3-FL |
| DEXTER HAYES, | ) | |
| *Sheriff of the County of Hertford* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendations of the United States Magistrate Judge and defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 12, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 12, 2025, and Copies To:**
Antoine D. Martin (via CM/ECF Notice of Electronic Filing)
Emmett Whelan (via CM/ECF Notice of Electronic Filing)

March 12, 2025                     PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K.Collins
                                   (By) Sandra K. Collins, Deputy Clerk